# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 83 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE PENNSYLVANIA LAWYERS FUND FOR CLIENT SECURITY BOARD OF TRUSTEES | : | CLIENT SECURITY APPOINTMENT |
| | : | DOCKET |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2024, Bruce S. Zero, Esquire, is hereby designated as Chair, and William J. Joyce is designated as Vice-Chair, of the Pennsylvania Lawyers Fund for Client Security Board of Trustees, commencing April 1, 2024.